**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DAVID MORRIS and PAMELA MORRIS, <br><br> Plaintiffs, <br><br> v. <br><br> WEST MANHEIM TOWNSHIP, CHIEF TIMOTHY HIPPENSTEEL, OFFICER SCHNEIDER, SCOTT STRAUSBAUGH, MARK BARNEY, and KEVIN NULL, <br><br> Defendants. | CIVIL ACTION NO. 1:CV-12-1647 <br><br> (JUDGE CAPUTO) |

**ORDER**

**NOW**, this 13th day of March, 2013, **IT IS HEREBY ORDERED** that:

(1) Defendants West Manheim Township and Chief Timothy Hippensteel's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. 7) is **GRANTED**. The claims against Defendants West Manheim Township and Chief Timothy Hippensteel are **DISMISSED with prejudice**.

(2) The Motion of Defendants Scott Strausbaugh and Mark T. Barney to Dismiss (Doc. 12) is **GRANTED**. The claims against Defendants Scott Strausbaugh and Mark T. Barney are **DISMISSED with prejudice**.

                                                 /s/ A. Richard Caputo
                                                 A. Richard Caputo
                                                 United States District Judge