**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DAVID MORRIS and PAMELA MORRIS, | |
| Plaintiffs, | CIVIL ACTION NO. 1:CV-12-1647 |
| v. | (JUDGE CAPUTO) |
| WEST MANHEIM TOWNSHIP, CHIEF TIMOTHY HIPPENSTEEL, OFFICER SCHNEIDER, SCOTT STRAUSBAUGH, MARK BARNEY, and KEVIN NULL, | |
| Defendants. | |

## ORDER

**NOW**, this 20th day of May, 2013, **IT IS HEREBY ORDERED** that the Motion of Defendants Scott Strausbaugh and Mark T. Barney to Recover Attorney's Fees (Doc. 21) is **DENIED**.

                                                   /s/ A. Richard Caputo
                                                   A. Richard Caputo
                                                   United States District Judge